STEADMAN & COMPANY *v.* SOUTHERN PINE COMPANY *et al.*

TURNER, J. This case falls within the well-established rule, that a judgment granting an injunction will not be disturbed by this court when it appears that the evidence touching the matter in controversy was conflicting and called for an exercise of the discretion with which the trial judge was vested. *Judgment affirmed. All the Justices concur, except Simmons, C. J., absent.*

Argued February 17,—Decided March 3, 1904.

Injunction. Before Judge Parker. Coffee superior court. August 19, 1903.

*E. D. Graham* and *Dart & Roan,* for plaintiffs in error.

*John C. McDonald, Toomer & Reynolds,* and *Quincey & Mc-Donald,* contra.